

# Fourth Court of Appeals
## San Antonio, Texas

Monday, February 2, 2015

No. 04-15-00032-CR

Richard Allen **Clark**,
Appellant

v.

The State of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A10243
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Pursuant to the terms of his plea-bargain agreement, Richard Allen Clark pled guilty to stalking and was placed on deferred adjudication community supervision. His deferred adjudication community supervision was then revoked, he was found guilty by the trial court, and he was sentenced to ten years in prison. Clark then filed a notice of appeal. On December 18, 2014, the trial court signed a certification of defendant's right to appeal stating that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). After Clark timely filed a notice of appeal, the trial court clerk sent copies of the certification and notice of appeal to this court. *See id.* 25.2(e). The clerk's record, which includes the trial court's Rule 25.2(a)(2) certification, has been filed. *See id.* 25.2(d).

In *Hargesheimer v. State*, 182 S.W.3d 906, 913 (Tex. Crim. App. 2006), the Texas Court of Criminal Appeals held that even though a defendant originally entered into a plea-bargain agreement for deferred adjudication, when that defendant appeals from the proceeding on a motion to adjudicate guilt, Texas Rule of Appellate Procedure 25.2 will not restrict his right to appeal. "Under this circumstance, the trial judge must check the box on the certification form indicating that the case 'is not a plea-bargain case, and the defendant has the right to appeal.'" *Id.*

We, therefore, ORDER the trial court to re-certify this case by designating it as "not a plea-bargain case" on the certification form on or before February 17, 2015. *See id.* We also ORDER the trial court clerk to file a supplemental clerk's record containing the corrected certification on or before February 23, 2015.

_____

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2015.

_____

Keith E. Hottle
Clerk of Court

